**JUDGMENT AND COMMITMENT**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
X ENTERED
  LODGED
  RECEIVED
MAR 1 0 1986
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

UNITED STATES OF AMERICA )
)
v.                       )   No. 85-0845-B-Criminal
)
MARIBEL BAUTISTA-HERNANDEZ (1) )

 On this 3rd day of March, 1986 came the attorney for the government and the defendant appeared in person and by counsel, Larry Ainbinder of Federal Defenders Inc.,

 IT IS ADJUDGED that the defendant upon her plea of guilty has been convicted of the offense of possession of a controlled substance in violation of 21 USC 844 as charged in the Superseding Information in one count and the Court having asked the defendant whether she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

 IT IS ADJUDGED that the defendant is guilty as charged and convicted.

 IT IS ADJUDGED that the defendant shall pay a fine unto the United States in the amount of $250.00 and imposition of sentence is suspended as to imprisonment only and the defendant is placed on probation for a period of three (3) years on condition that she obey all laws, Federal, State, Municipal, that she comply with all lawful rules and regulations of the Probation Department, that she not possess or use narcotics, marihuana, LSD, or dangerous drugs in any form, that she not associate with known users of or dealers in narcotics, marihuana, or dangerous drugs in any form that she submit to search of her person or property conducted in a reasonable manner and at a reasonable time by a probation officer, such condition to remain in effect until the defendant shall be duly discharged from probation, that she submit to testing to determine any drug usage as directed by the Probation Department, that she report to the Probation Department all vehicles which he owns, operates, or has an interest therein, that she seek and maintain full-time employment or schooling, or a full-time combination of both. that the fine be paid in such installments as the Probation Department may direct within the first year of probation. Pursuant to 18 USC 3013 an assessment is hereby levied in the amount of $25.00.

 IT IS ORDERED that the underlying Indictment filed in this case is hereby dismissed.

*[signature]*

RUDI M. BREWSTER
United States District Judge
Filed: March 3, 1986
WILLIAM W. LUDDY, Clerk
By: *[signature]*
D. HARRIS

21